IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE HILLS HOLDINGS, LLC; BNA INVESTMENTS, GP; BACAR CONSTRUCTORS, INC.; and 906 STUDIOS, PLLC<br><br>Defendants. | Case No. 3:24-cv-00218<br><br>**JURY DEMANDED**<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## DEFENDANT BACAR CONSTRUCTORS, INC.'S
## MOTION FOR SUMMARY JUDGEMENT

  **COMES NOW** Defendant Bacar Constructors, Inc. (hereinafter, "Bacar" or "Defendant"), by and through counsel, Smith Cashion & Orr, PLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7.01 and 56.01, and respectfully moves this Court for summary judgment on all of Plaintiffs' claims for violations of the Fair Housing Act, Title III of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, 42 U.S.C. §§ 3601-3619 (hereinafter, the "FHA") and the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.* (hereinafter, the "ADA") and for any other and further relief as the Court deems just, proper, and appropriate. In support, Defendant has contemporaneously filed its *Memorandum of Law* and its *Statement of Undisputed Material Facts* with associated exhibits, including the

1

Affidavit of Catherine Neal. Defendant also relies on the pleadings filed in this matter and the record as a whole.

**WHEREFORE**, Defendant respectfully requests that this Court grant its *Motion for Summary Judgment* and enter judgment in its favor on Plaintiffs' claims against Defendant for violations of the FHA and ADA.

DATED: December 13, 2024.

    Respectfully submitted,

    SMITH CASHION & ORR, PLLC

    */s/ Joseph A. Tisone*
    Gregory L. Cashion (BPR No. 10697)
    Joseph A. Tisone (BPR No. 41169)
    One American Center
    3100 West End Avenue, Suite 800
    Nashville, Tennessee 37203
    Telephone: (615) 742-8555
    Facsimile: (615) 742-8556
    gcashion@smithcashion.com
    jtisone@smithcashion.com
    *Attorneys for Defendant*
    *Bacar Constructors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded via E-mail and/or first-class U.S. mail as follows:

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Tel. (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
*Attorney for Plaintiffs*

M. Todd Sandahl
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Tel. (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com
*Attorney for Plaintiffs*

Luke H. Neder
Brian S. Spitler
Copeland, Stair, Valz, and Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, Tennessee 37402
lneder@csvl.law
bspitler@csvl.law
jwaterhouse@csvl.law
*Attorneys for 906 Studio, PLLC*

Emmie Kinnard
Chicoya Gallman
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
ekinnard@ortalekelley.com
cgallman@ortalekelley.com
tparker@ortalekelley.com
*Attorneys for BNA Investments, GP*

Brian Walthart
Matthew Byron
Lewis Brisbois Bisgaard & Smith, LLP
1222 Demonbreun Street, Suite 1801
Nashville, Tennessee 37203
brian.walthart@lewisbrisbois.com
matthew.byron@lewisbrisbois.com
ross.wells@lewisbrisbois.com
*Attorney for Blue Hills Holdings, LLC*

*/s/ Joseph A. Tisone*