IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE, | § § § § | |
| Plaintiffs, | § § | Case No. 3:24-cv-00218 |
| v. | § § | **JURY DEMANDED** |
| BLUE HILLS HOLDINGS, LLC; BNA INVESTMENTS, GP; BACAR CONSTRUCTORS, INC.; and 906 STUDIOS, PLLC | § § § § § § | Judge William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |
| Defendants. | § § | |

**DEFENDANT BACAR CONSTRUCTORS, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**COMES NOW** Defendant Bacar Constructors, Inc. (hereinafter, "Bacar" or "Defendant"), by and through counsel, Smith Cashion & Orr, PLC, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.01, and hereby submits this *Statement of Undisputed Material Facts* in support of its *Motion for Summary Judgement* as to which there is no genuine issue for trial as follows:

1. The Radius at Donelson Apartments is an apartment complex located at 2301 Lebanon Pike, Nashville, Tennessee 37214 (hereinafter, the "Property").[1]

    RESPONSE:

---

[1] *See* Pls.' Original Compl. [Doc. 1] ¶ 19; *see also* Def. BNA Investments, GP's Answer to Original Compl. [Doc. 22] ¶ 19; Def. Blue Hills Holdings, LLC's Answer to Original Compl. [Doc. 18] ¶ 19.

1

2. This dispute arises out of the design and construction of the Property and the alleged failure to design and/or construct the Property in accordance with the FHA, specifically 42 U.S.C. § 3604.[2]

   RESPONSE:

3. Defendant BNA Investments, GP (hereinafter, "BNA") was the original record owner of the Property.[3]

   RESPONSE:

4. BNA transferred its interest in the Property to Blue Hills Holdings, LLC (hereinafter, "Blue Hills") on or about March 30, 2020.[4]

   RESPONSE:

5. Blue Hills retained Elmington Property Management, LLC (hereinafter, "Elmington"), which was the sole entity responsible for the operation, management, and marketing of the Property beginning on April 1, 2021 through July 29, 2022.[5]

   RESPONSE:

---

[2] Pls.' Original Compl. [Doc. 1] ¶¶ 32-43.

[3] Def. BNA Investments, GP's Resp. to Pls.' Interrog. 3 [Attached to this Statement of Undisputed Material Facts as **Exhibit A**] at 3.

[4] Def. BNA Investments, GP's Resp. to Pls.' Interrog. 3 [**Ex. A**] at 3.

[5] Affidavit of Catherine Neal (hereinafter, the "Neal Aff.") [Attached to this Statement of Undisputed Material Facts as **Exhibit B**] ¶¶ 4, 9; *see also* Property Management Agreement [Neal Aff. at Ex. A].

6. The Property opened for operations in July 2021.[6]

    RESPONSE:


7. As manager for the Property, Elmington was responsible for creating, collecting, and maintaining financial reports, operating reports, and other records related to the management of the Property.[7]

    RESPONSE:


8. As manager for the Property, Elmington was also responsible for the lease-up of the Property, including marketing rental units to the public, reviewing tenant applications, filling vacant units, collecting rent, handling tenant relations, coordinating the move-in process, and negotiating renewals and extensions of leases.[8]

    RESPONSE:


9. Throughout the course of the lease-up for the Property, Elmington's site team at the Property created and maintained Rent Roll Reports, which set forth the occupancy status, tenant names, move-in dates, lease start dates, lease end dates, and market rent for each unit within the Property.[9]

---

[6] Neal Aff. ¶ 10.

[7] Neal Aff. ¶ 6.

[8] Neal Aff. ¶ 7.

[9] Neal Aff. ¶ 8; *see also* Neal Aff. at Ex. B-D.

3

RESPONSE:

10. The Rent Roll Reports were included in the Monthly Financial and Operating Reports for the Property that Elmington transmitted to the owner of the Property each month, beginning when the Property opened in July 2021.[10]

RESPONSE:

11. The August 2021 Rent Rolls, October 2021 Rent Rolls, and the February 2022 Rent Rolls were made and kept in the course of the regularly conducted activity of Elmington as part of its duties and obligations as the property manage for the Property during the timeframe when these reports were made.[11]

RESPONSE:

12. The August 2021 Rent Rolls, the October 2021 Rent Rolls, and the February 2022 Rent Rolls were created on August 28, 2021, October 27, 2021, and February 28, 2022, respectively, by Elmington team members with knowledge of the details contained on each report.[12]

RESPONSE:

---

[10] Neal Aff. ¶ 10.

[11] Neal Aff. ¶ 15; *see also* Neal Aff. at Ex. B-D.

[12] Neal Aff. ¶ 16.

13. As detailed on the Rent Roll Reports, Unit 101, the last unoccupied individual apartment unit within the Property that was made available for rent was occupied by a tenant on January 10, 2022.[13]

   RESPONSE:

14. Plaintiff Cynthia George alleges that she visited the Property on May 26, 2023 and February 22, 2024.[14]

   RESPONSE:

15. Plaintiff Chelsie Nitschke alleges that she visited the Property on February 22, 2024.[15]

   RESPONSE:

16. The Plaintiffs' Original Complaint [Doc. 1] was originally filed by the Plaintiffs on February 27, 2024, commencing this civil action.[16]

   RESPONSE:

---

[13] Neal Aff. ¶ 17; Neal Aff. at Ex. B-D.

[14] Pl. Cynthia George Resp. to Def. Bacar Constructors, Inc.'s Interrog. No. 2, [Attached to this Statement of Undisputed Material Facts as **Exhibit C**] at 6.

[15] Pl. Chelsie Nitschke Resp. to Def. Bacar Constructors, Inc.'s Interrog. No. 2, [Attached to this Statement of Undisputed Material Facts as **Exhibit D**] at 6.

[16] *See generally*, Pls.' Original Complaint [Doc. 1].

DATED: December 13, 2024

                              Respectfully submitted,

                              SMITH CASHION & ORR, PLLC

                              */s/ Joseph A. Tisone*
                              Gregory L. Cashion (BPR No. 10697)
                              Joseph A. Tisone (BPR No. 41169)
                              One American Center
                              3100 West End Avenue, Suite 800
                              Nashville, Tennessee 37203
                              Telephone: (615) 742-8555
                              Facsimile: (615) 742-8556
                              gcashion@smithcashion.com
                              jtisone@smithcashion.com
                              *Attorneys for Defendant*
                              *Bacar Constructors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded via E-mail and/or first-class U.S. mail as follows:

Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Tel. (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
*Attorney for Plaintiffs*

M. Todd Sandahl
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Tel. (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com
*Attorney for Plaintiffs*

Luke H. Neder
Brian S. Spitler
Copeland, Stair, Valz, and Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, Tennessee 37402
lneder@csvl.law
bspitler@csvl.law
jwaterhouse@csvl.law
*Attorneys for 906 Studio, PLLC*

Emmie Kinnard
Chicoya Gallman
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
ekinnard@ortalekelley.com
cgallman@ortalekelley.com
tparker@ortalekelley.com
*Attorneys for BNA Investments, GP*

Brian Walthart
Matthew Byron
Lewis Brisbois Bisgaard & Smith, LLP
1222 Demonbreun Street, Suite 1801
Nashville, Tennessee 37203
brian.walthart@lewisbrisbois.com
matthew.byron@lewisbrisbois.com
ross.wells@lewisbrisbois.com
*Attorney for Blue Hills Holdings, LLC*

/s/ *Joseph A. Tisone*