**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | § § § | |
| Plaintiffs, | § § | Case No. 3:24-cv-00218 |
| v. | § § | **JURY DEMANDED** |
| BLUE HILLS HOLDINGS, LLC; BNA INVESTMENTS, GP; BACAR CONSTRUCTORS, INC.; AND 906 STUDIO, PLLC, | § § § § § | Judge William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |
| Defendants. | § § | |

**ORDER ON PLAINTIFFS' OPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S BACAR CONSTRUCTORS, INC. MOTION FOR SUMMARY JUDGMENT**

Came on for consideration Plaintiffs' Opposed Motion To Extend Time To Respond To Defendant's Bacar Constructors, Inc. Motion For Summary Judgment.

After a review of the same, and considering any response, the pleadings of record and other relevant considerations, the Court finds that the motion should be granted.

Accordingly, it is ORDERED that the Plaintiffs be granted an extension of time, to and including February 24, 2025, within which to file a Response to Defendant Bacar Constructors, Inc.'s Motion for Summary Judgment [Doc. 40], Memorandum in Support [Doc. 41], and Statement of Undisputed Material Facts in Support [Doc. 42].

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE