IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE AND CYNTHIA GEORGE, | § § § | |
| Plaintiffs, | § § | Case No. 3:24-cv-00218 |
| v. | § § | **JURY DEMANDED** |
| BLUE HILLS HOLDINGS, LLC; BNA INVESTMENTS, GP; BACAR CONSTRUCTORS, INC.; AND 906 STUDIO, PLLC, | § § § § § § | Judge William L. Campbell, Jr. Magistrate Judge Jeffery S. Frensley |
| Defendants. | § | |

## 906 STUDIO, PLLC'S MOTION JOINING, INCORPORATING, AND ADOPTING THE MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORADNUM OF LAW FILED BY CO-DEFENDANT BACAR CONSTRUCTORS, INC.

906 Studio, PLLC (hereinafter, "906 Studio"), by and through counsel, and pursuant to Fed. R. Civ. P. 10(c) respectfully joins, incorporates, and adopts by reference the legal arguments set out in the Motion for Summary Judgment[1] and Memorandum in Support[2] filed by Bacar Constructors, Inc. (hereinafter, "Bacar Constructors"), including all documents and materials submitted therewith.[3]

For the reasons set forth in Bacar Constructors' Motion for Summary Judgment and Memorandum in Support, 906 Studio avers that Plaintiffs' claims under the Fair Housing Act, 42 U.S.C. § 3601 et seq., and the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq., fail as a matter of law because they are time-barred pursuant to 42 U.S.C. § 3613(a)(1)(A). Accordingly,

---

[1] Docket No. ("D.N.") 40.
[2] D.N. 41.
[3] This specifically adopts, incorporates, and includes the Statement of Undisputed Facts (D.N. 42) and the exhibits filed therewith, to wit: Exhibit 1 (BNA Investments, GP's Responses to Interrogatories); Exhibit 2 (Affidavit of Catherine Neal); Exhibit 3 (George's Answers and Objections to Interrogatories); and Exhibit 4 (Nitschke's Answers and Objections to Interrogatories).

1

and viewing the record as a whole, 906 Studio respectfully requests that this Court grant its Motion for Summary Judgment and enter judgment in its favor on all of Plaintiffs' claims.

    Respectfully submitted,

    **COPELAND, STAIR, VALZ & LOVELL, LLP**

    */s/ Luke H. Neder*
    BRIAN S. SPITLER, BPR 032649
    LUKE H. NEDER, BPR 028444
    735 Broad Street, Suite 1100
    Chattanooga, TN 37402
    Phone: 423-713-7075
    Fax: 423-648-2283
    bspitler@csvl.law
    lneder@csvl.law
    *Attorneys for 906 Studio, PLLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served upon all parties to this matter via email as follows:

| | |
|---|---|
| Eric G. Calhoun<br>CALHOUN & ASSOCIATES<br>1595 N. Central Expressway<br>Richardson, TX 75080<br>Telephone: (214) 766-8100<br>eric@ecalhounlaw.com<br>egcla@ecalhounlaw.com<br>*Attorney for Plaintiffs* | Matthew Todd Sandahl<br>M. TODD SANDAHL, ATTORNEY AT LAW<br>234 1st Ave S<br>Franklin, TN 37064<br>Telephone: (615) 794-3450<br>tsandahl@mtslaw.com<br>*Attorney for Plaintiffs* |
| Gregory Lee Cashion<br>Joseph Andrew Tisone, Jr.<br>SMITH, CASHION & ORR, PLC<br>One American Center<br>3100 West End Avenue<br>Suite 800<br>Nashville, TN 37203<br>Telephone: (615) 742-8560<br>gcashion@smithcashion.com<br>jtisone@smithcashion.com<br>*Attorneys for Defendant Bacar Constructors, Inc.* | Brian F. Walthart<br>Matthew T. Byron<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>1222 Demonbreun Street<br>Suite 1801<br>Nashville, TN 37203<br>Telephone: (615) 439-2700<br>brian.walthart@lewisbrisbois.com<br>matthew.byron@lewisbrisbois.com<br>*Attorneys for Blue Hills Holdings, LLC* |
| Mary E. Kinnard<br>Chicoya Smith Gallman<br>ORTALE KELLEY LAW FIRM<br>330 Commerce Street<br>Suite 110<br>P.O. Box 198985<br>Nashville, TN 37201<br>Telephone: (615) 256-9999<br>ekinnard@ortalekelley.com<br>cgallman@ortalekelley.com<br>*Attorneys for BNA Investments, GP* | |

On this 30th day of December, 2024

*/s/ Luke H. Neder*