IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE HILLS HOLDINGS, LLC; BNA INVESTMENTS, GP; BACAR CONSTRUCTORS, INC.; and 906 STUDIOS, PLLC<br><br>Defendants. | Case No. 3:24-cv-00218<br><br>**JURY DEMANDED**<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

**DEFENDANT BNA INVESTMENTS, GP'S MOTION
TO JOIN IN AND ADOPT THE MOTION FOR SUMMARY JUDGMENT AND
MEMORANDUM OF LAW IN SUPPORT FILED BY BACAR CONSTRUCTORS, INC.**

Defendant BNA Investments, GP, ("Defendant" or "BNA"), by and through counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 10(c) and Fed. R. Civ. P. 56 for permission to join in and adopt by reference the legal arguments advanced in the Motion for Summary Judgment (Doc. No. 40) and the Memorandum of Law in Support (Doc. No. 41) filed by Bacar Constructors, Inc. ("Bacar"), as well as join in and adopt by reference Bacar's statement of undisputed material facts (Doc. No. 42), including the affidavit and exhibits appended thereto.

Bacar's Motion for Summary Judgment seeks dismissal of this action pursuant to 42 U.S.C. § 3613(a)(1)(A) because the last unoccupied individual apartment unit intended for occupancy and tenancy use on the Property was first occupied by a tenant on January 10, 2022, more than two years before Plaintiffs brought the instant action. As set forth at length in Bacar's Motion for

1

Summary Judgment and Memorandum of Law in Support, Plaintiffs' cause of action for alleged violations of the Fair Housing Act at 42 U.S.C. § 3601, *et seq*., is time-barred because it was not brought within two years "after the occurrence or the termination of an alleged discriminatory practice…whichever occurs last." 42 U.S.C. § 3613(a)(1)(A).

BNA respectfully moves this Court to permit it to join in and adopt by reference Bacar's Motion pursuant to principles of judicial economy, because the undisputed facts set forth in Bacar's statement of undisputed material facts and the statute of limitations arguments raised in its Motion for Summary Judgment apply equally to BNA. Therefore, BNA respectfully moves this Court to grant the instant motion, permit it to join in Bacar's Motion for Summary Judgment and dismiss Plaintiffs' Complaint as time-barred pursuant to 42 U.S.C. § 3613(a)(1)(A).

Respectfully submitted,

**ORTALE KELLEY LAW FIRM**

By: */s/ Emmie Kinnard*
Emmie Kinnard, BPR No. 036803
Chicoya Smith Gallman, BPR No. 037118
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
615-256-9999
ekinnard@ortalekelley.com
*Counsel for Defendant BNA Investments, GP*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon all counsel of record via the Court's electronic filing system and email this 30th day of December, 2024.

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080
eric@ecalhounlaw.com

Luke H. Neder
Brian S. Spitler
Copeland Stair Valz & Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, Tennessee 37402
bspitler@csvl.law
lneder@csvl.law
*Attorneys for 906 Studio, PLLC*

Brian F. Walthart
Lewis Brisbois Bisgaard & Smith, LLP
1222 Demonbreun Street, Suite 1801
Nashville, Tennessee 37203
Brian.walthart@lewisbrisbois.com
*Attorney for Blue Hills Holdings, LLC*

M. Todd Sandahl
234 First Ave South
Franklin, Tennessee 37064
tsandahl@mtslaw.com
*Attorneys for Plaintiffs*

Gregory L. Cashion
Joseph A. Tisone, Jr.
Smith Cashion & Orr, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
gcashion@smithcashion.com
jtisone@smithcashion.com
*Attorneys for Bacar Constructors, LLC*

/s/ *Emmie Kinnard*
Emmie Kinnard