IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE and CYNTHIA GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE HILLS HOLDINGS, LLC,<br>BNA INVESTMENTS, GP,<br>BACAR CONSTRUCTORS, INC., and<br>906 STUDIO, PLLC,<br><br>Defendants. | Case No.: 3:24-cv-00218 |

**BLUE HILLS HOLDINGS, LLC'S MOTION FOR SUMMARY JUDGMENT**

Comes now Blue Hills Holdings, LLC, by and through counsel, and pursuant to Fed. R. Civ. P. 10(c) and 56, hereby moves for summary judgment.

In support of this Motion, Blue Hills Holdings adopts by reference the facts, law, and argument submitted by Bacar Constructors' Motion for Summary Judgment and supporting documents. More specifically, Blue Hills Holdings adopts by reference Bacar Constructors, Inc.'s Motion for Summary Judgment [doc. 40]; Bacar Constructors, Inc.'s Memorandum of Law in Support of Motion for Summary Judgment [doc. 41]; and, Bacar Constructors, Inc.'s Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, including all exhibits [doc. 42]. Blue Hills Holdings adopts by reference and repeats here verbatim the facts, law, and argument contained in the aforementioned documents filed by Bacar Constructors.

Blue Hills Holdings respectfully submits that the undisputed facts applied to the law entitle it to judgment as a matter of law, since Plaintiffs' claims against Defendants were filed outside of the applicable statute of limitations.

WHEREFORE, PREMISES CONSIDERED, Blue Hills Holdings, LLC prays that this Court grant summary judgment in its favor, dismiss with prejudice Plaintiffs' suit against it, make an award of costs and fees, and grant this Defendant any and all other general relief to which it is entitled under these premises.

By: /s/ Brian F. Walthart
Brian Walthart, 024777
Matthew Byron, 037514
LEWIS BRISBOIS BISGAARD & SMITH LLP
1222 Demonbreun Street, Suite 1801
Nashville, Tennessee 37203
Telephone: 615.439.2700
Facsimile: 615.439.2701
Brian.Walthart@lewisbrisbois.com
Matthew.Byron@lewisbrisbois.com

*Attorneys for Blue Hills Holdings, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2025, I electronically filed the foregoing **Motion** with the Clerk of the Court using the electronic filing system which will send notification of such filing to the parties below. The parties below were also served via electronic mail.:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, Texas 75080
eric@ecalhounlaw.com
egcla@ecalhounlaw.com

M. Todd Sandahl
234 First Ave South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

*Attorneys for Plaintiff*

Gregory Lee Cashion
Joseph Andrew Tisone, Jr.
Smith, Cashion & Orr, PLC
One American Center
3100 West End Avenue, Suite 800
Nashville, Tennessee 37203
gcashion@smithcashion.com
jtisone@smithcashion.com
*Attorney for Bacar Constructors, Inc.*

Luke H. Neder
Copeland, Stair, Valz, and Lovell, LLP
735 Broad Street, Suite 1100
Chattanooga, Tennessee 37402
lneder@csvl.law
*Attorney for 906 Studio, PLLC*

Emmie Kinnard
Chicoya Smith Gallman
Theresa Parker (assistant)
Ortale Kelley Law Firm
330 Commerce Street, Suite 110
Nashville, Tennessee 37201
ekinnard@ortalekelley.com
cgallman@ortalekelley.com
tparker@ortalekelley.com
*Attorney for BNA Investments, GP*

/s/ Brian F. Walthart
Brian Walthart
*Attorney for Blue Hills Holdings, LLC*