IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHELSIE NITSCHKE, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 3:24-cv-00218 |
| | ) | |
| BLUE HILL HOLDINGS, LLC, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

# ORDER

Defendant Bear Constructors, Inc. filed a motion for summary judgment in this action on December 13, 2024. (Doc. No. 40). On January 9, 2025, the Court extended the deadline for Plaintiffs to file a response to Defendant Bear Constructors, Inc.'s motion for summary judgment to February 24, 2025. (Doc. No. 46).

On January 27, 2025, Defendant Blue Hills Holdings, LLC filed a motion for summary judgment adopting Defendant Bear Constructors, Inc.'s motion for summary judgment by reference. (Doc. No. 47). Accordingly, Plaintiffs' deadline to file a response to Defendant Blue Hills Holdings, LLC's motion for summary judgment is also February 24, 2025.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE