# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CHELSIE NITSCHKE, et al, | ) |
| Plaintiffs, | ) |
| v. | ) NO. 3:24-cv-00218 |
| BLUE HILL HOLDINGS, LLC, et al., | ) JUDGE CAMPBELL |
| Defendants. | ) MAGISTRATE JUDGE FRENSLEY |

## ORDER

The Court has been advised that this action is settled. (Doc. No. 49). On or before March 20, 2025, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing, this case will be dismissed with prejudice on March 20, 2025.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE